Commonwealth of Pennsylvania
Court of Common Pleas County
of _____
_____ Judicial District

Motion to Proceed in Forma Pauperis

Allen St. Charles
~~Commonwealth of Pennsylvania~~
v.
Rsl Anchen et al.

| County Clerk of Courts |
|---|
| Address: |
| Telephone: |

Docket No: 2:21-cv-1133

FILED
AUG 26 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

I, **Allen L. St.Charles**, residing at **ACJ**, request that this Court permit me to proceed in forma pauperis (without payment of the filing fee). In support of this I state the following:

1. I am the defendant in the above-captioned matter and because of my financial condition am unable to pay the fee for filing this action.
2. I am unable to obtain funds from anyone, including my family and associates, to pay the costs of litigation.
3. I represent that the information below relating to my ability to pay the fees and costs is true and correct:

## Employment Information

If you are presently employed, state employer:
  Name: **None**
  Address: _____
  Salary or Wages per Month: _____   Type of Work: _____

If you are presently unemployed, state:
  The date of my last employment was: **April 2020**
  Salary or Wages per Month: **+/- $1200**   Type of Work: **Retail Manager**

## Other Income Received Within The Past Twelve Months

Spouse's name: **N/A**
If spouse is presently employed, state employer:
  Name: _____
  Address: _____
  Salary or Wages per Month: _____   Type of Work: _____

If spouse is presently unemployed, state:
  The date of spouse's last employment was: _____
  Salary or Wages per Month: _____   Type of Work: _____

Contributions from Children: **None**
Contributions from Parents: **None**
Other Contributions: **None**

CPCMS 2046

1

Commonwealth of Pennsylvania
v.

Motion to Proceed In Forma Pauperis

Docket No:

## Assets/Property Owned

Cash: None
Checking Account: None
Savings Account: None

Certificates of Deposit: None
Stocks and Bonds: None
Other: None

*Real Estate:*
Do you own a home or other real property? If so, please provide for each:
Address: None
Assessed Value: _____   Amount Owed: _____

*Motor Vehicle:*
Do you own an automobile? If so, please provide for each:
Make: None
Model: _____
Cost: _____
Year: _____
Amount Owed: _____

## Debts and Obligations

Rent: None
Mortgages: None
(Other than those listed above)

Loans: None
Other: None

## Persons Dependent Upon Me For Support

Spouse's Name: N/A
Ages of Minor Children, if any: N/A

Other Persons (non-minor)
Name: _____   Relationship: _____
Name: _____   Relationship: _____

I, **Allen L. St. Charles**, understand that I have a continuing obligation to inform the Court of improvement in my financial circumstances which would permit me to pay the costs incurred herein.

I, **Allen L. St. Charles**, verify that the statements made in this petition are true and correct. I understand that false statements herein are made subject to penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

[X] I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Signature of Petitioner: *[signed] Allen L. St. Charles*
Date: 6/21/21