## What Incarcerated Individuals Can Receive

**Original articles of mail and photographs will be held at the Allegheny County Jail for a period of seven days and destroyed thereafter.**

**Letters**

*Letters not being delivered (not even copies)*

- Keep it simple and use blue/black ink only
- No stickers are allowed, including an address sticker
- No stains, glitter, lipstick kisses or perfume
- Everything will be underlined(photocopied). Originals will not be delivered to inmates.
- Letters cannot be more than three pages and must be no larger than 8.5 x 11 letter sized paper- front and back.

**Photos**

- Incarcerated individuals will only receive a colored copy of an incoming photograph and only one 4 x 6 copy of a photograph is authorized per envelope.

**Publications**

- Magazine, books and newspapers must be sent directly from the publisher and only via U.S. mail, not UPS or Fed Ex.
- Incarcerated individuals are permitted a maximum of seven publications.

**Books**

*Books being returned maliciously*

Effective immediately, approved family and friends can order paperback books online to be delivered to incarcerated individuals at the ACJ from vendors:

- Barnes & Noble - More info
- Christianbook

For approved family and friends ordering paperback books from one of the vendors above, the address must contain:

Incarcerated individual name

DOC Number

Allegheny County Jail

950 Second Avenue

Pittsburgh, PA 15219

- Books must be sent only via U.S. mail, not UPS or Fed Ex.
**Note:** Hardcover books are not permitted in the facility and inmates may only receive up to seven paperback books a day.

Sir or Madam,

I'm not even close to being an attorney, but I've tried to include as much here as I could to make things clear. I've tried several approaches to get copies of my grievances to send with this complaint but all were either deflected or ignored. Since beginning the paperwork I've been pointed out to inmates by the guards as a snitch and threatened multiple times, directly and indirectly. This might not all be as concise or eloquent as it could be, adequate mental health care might have helped that, but it should be enough, with the grievances and digital requests, to give an idea that something here is really wrong and needs attention. Not everyone is willing to write a grievance, much fewer actually file a complaint this way, they are afraid to, very openly bullied when they do complain — I'd strongly suggest looking over the grievances (especially the unanswered ones) from 5F and 6F, or the whole facility even - this is not just me. They do whatever they feel like doing — what policy they have they don't follow and some of it is outright unconstitutional (tablets with rights confined to them treated as a privilege) and contradictory. Policy needs to be clear, public, and reliable, with genuine oversight and consequences for staff who can't follow it — There are drug dealers working for the guards on every single pod right now, even PC, I could buy K2 today and send it with this packet if I wanted to give away ten bucks worth of Commissary. This building is being used as a private industry, even the Commissary and the tablet headphones are side accounts passed off to inept associates, but that's a tangent — there's not even a

semblance of an opportunity for rehabilitation here — or even "correction" — neither is served by locking up a drug dealer and then supplying him drugs to sell to the other inmates. — I'm not asking for Mental Health care here — besides having seen them harrassing and teasing mental health patients to the point of torture, I've seen them too many times using mental health "care" as punishment — you don't get help unless you make a scene and the first thing you get for making a scene is beat up, peppersprayed, put in a suicide gown and deprived of what comfort you did have, then, if you're lucky, you can be seen and maybe get treatment, if they like you. Teddy Rogers was told for 2 days he was looking for attention and that he was a compulsive liar before he was taken to the hospital after finally getting them to do a test and see he was seriously in distress — James France had a guard kick a piece of glass under his door in the Suicide Pod and tell him he wasn't really suicidal. My social worker emailed the jail to have me seen, 6 months later I hadn't been seen yet but was already afraid to be seen by mental health here — the defense team said they would have me seen by an outside provider, 8 more months later I've seen no-one. Now I don't have a clue how to proceed.

Thank you for your time,

Allen J. Stubbs

July 7th

Last addition — I am on a hunger strike as a last resort to get my grievances answered, some of which are 3 or more months old. The current CO just told me, "There is no reason to answer old grievances because they just don't matter anymore" — They do matter, abuse of power and cruel and unusual punishment matter. He told me also, a soft threat, that the usual response to a hunger strike is to be moved to 5C (Suicide Pod), stripped of all property and clothes. Mental Health as Punishment.

I just sent a request to the Chaplain to help get this Envelope in the mail since my attorney hasn't gotten anything I've sent her since January and neither has anyone else I've sent letters to.