# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN L. ST. CHARLES,   ) | |
| ) | |
| Plaintiff,   ) | Civil Action No. 21-cv-1133 |
| ) | |
| v.   ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| AMRHEIN; ZELAPOS; T. LANEY;   ) | |
| CAPTAIN WISEMAN; ENST;   ) | |
| LT. KOSLAWSKI;MAJOR VANCHIERI;   ) | |
| ORLANDO HARPER; RUSH;   ) | |
| HOLLAND; TOOMEY; BURNS;   ) | |
| MS. J. BROWN; *and* SGT. SARVER,   ) | |
| ) | |
| Defendants.   ) | |

## **DEFICIENCY ORDER**

The complaint in the above matter was submitted a motion for leave to proceed *in forma pauperis* written on a state court form. The state court form does not include all of the information required under 28 U.S.C. § 1915. Accordingly, the above-captioned matter will not be processed for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and/or our Local Rules and/or practices. The submission of the complaint is deficient in the following respects:

 X  failure to complete the Court's form motion to proceed *in forma pauperis*. Plaintiff must pay the full filing fee OR move for leave to proceed *in forma pauperis*. A blank copy of the Court's form motion to proceed *in forma pauperis* will be mailed to Plaintiff on August 27, 2021.

 X  failure to provide a properly completed Consent to Jurisdiction of Magistrate Judge form. Plaintiff is directed to sign the form once, either consenting to a Magistrate Judge pursuant to Section 636(c)(1) of Title 28 OR requesting that this case be assigned to a District Judge pursuant to Section 636(c)(2) of Title 28. A blank Consent to Jurisdiction of Magistrate Judge form will be mailed to Plaintiff on August 27, 2021.

If Plaintiff intends to continue with his request for leave to proceed *in forma pauperis*, he must also submit the following with his motion on the court-approved form.

  _X_   A certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint.

  _X_   An authorization form authorizing the withdrawal of funds from an inmate account to satisfy the filing fee payment requirement pursuant to 28 U.S.C. § 1915. A blank copy of this authorization form will be mailed to Plaintiff this day, August 27, 2021.

  _X_   Failure to provide service copies of the complaint for each defendant. **Plaintiff must submit an accurate, identical copy of the complaint and exhibits for each known defendant to the Clerk of Court**. The complaint lists **fourteen** defendants by name, and lists five additional Doe defendants. Plaintiff must provide service copies of the complaint for each named defendant.

  _X_   Failure to submit "Process Receipt and Return" forms (USM-285) for each defendant. Fourteen blank Process Receipt and Return forms will be mailed to Plaintiff on August 27, 2021. Plaintiff must complete and return these forms for each known defendant. Plaintiff must also sign each completed form where indicated.

  _X_   Failure to submit a complete and signed "Notice and Request for Waiver of Service of Summons" form (AO 398) for each defendant. Fourteen blank notice forms will be mailed to Plaintiff on August 27, 2021. Plaintiff must complete and return these forms for each known defendant. Plaintiff must sign each completed form where indicated.

  _X_   Failure to submit a complete and signed "Waiver of Service of Summons" forms (AO 399) for each defendant. Fourteen blank waiver forms will be mailed to Plaintiff on August 27, 2021. Plaintiff must complete the captions and return these forms for each known defendant.

The consent form, along with either (1) the full filing fee, OR (2) a form motion to proceed *in forma pauperis* AND supporting documents as set forth above, must be provided to:

**Clerk of Court, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219.**

As a result of the above-outlined filing deficiencies by Plaintiff, **IT IS HEREBY ORDERED** that the Clerk of Court mark this CASE ADMINISTRATIVELY CLOSED.

**IT IS FURTHER ORDERED** that Plaintiff may reopen this case by satisfying the filing deficiencies as outlined above. Failure to cure the above-noted deficiencies by **September 27, 2021**, will result in the dismissal of the Complaint for failure to prosecute.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: Allen L. St. Charles
0193945
Allegheny County Jail
950 Second Ave.
Pittsburgh, PA 15219