<u>Defendants</u>

| | |
|---|---|
| Amrhein | Rush |
| Zelapos | Holland |
| J. Laney | Toomey |
| Cpt. Wiseman | Burns |
| East | J. Brown |
| Lt. Kozlawski (spelling?) | ~~Vanstreet~~ |
| Major Vauchieri | Sgt. Sarves |
| Orlando Harper (Administrator) | |

Others — Records and Warden's Office have refused to identify "Author Numbers" responding to digital requests, and when a request or grievance is ignored (updated as read but unanswered), no identifying mark is left to show who read it.

Basis for Jurisdiction
  B.  Rights Violated

Denied Due process in disciplinary action effecting classification, bail and/or parole eligibility
Put in danger of serious physical harm
Denied meaningful access to the courts
Psychologically harassed and maintained at inhumane levels of tension via:
1.) Witnessed serious abuse and harassment of other inmates with zero accountability.
2) Immersion in an addict culture cultivated by guards profiting from drug sales and favoritism based on involvement.
3) Complete disregard of facility policy, publishing of entirely contradictory policies simultaneously, and maliciously selective enforcement of petty policies to harass specific inmates
4) Deliberate resistance/outright refusal to attend to facility grievance procedures
5) Stolen mail, returned mail without notification, Attorney/client outgoing mail read by guards
Denial of Mental Health Care (Deliberate Indifference)
- Guards instigating violence by giving out charges or pointing out snitches
- Deprivation of rights in Protective Custody ↑
  (East

Sir or Madam,

I'm not even close to being an attorney, but I've tried to include as much here as I could to make things clear. I've tried several approaches to get copies of my grievances to send with this complaint but all were either deflected or ignored. Since beginning the paperwork I've been pointed out to inmates by the guards as a snitch and threatened multiple times, directly and indirectly. This might not all be as concise or eloquent as it could be, adequate mental health care might have helped that, but it should be enough, with the grievances and digital requests, to give an idea that something here is really wrong and needs attention. Not everyone is willing to write a grievance, much fewer actually file a complaint this way, they are afraid to, very openly bullied when they do complain — I'd strongly suggest looking over the grievances (especially the unanswered ones) from 5F and 6F, or the whole facility even — this is not just me. They do whatever they feel like doing — what policy they have they don't follow and some of it is outright unconstitutional (tablets with rights confined to them treated as a privilege) and contradictory. Policy needs to be clear, public, and reliable, with genuine oversight and consequences for staff who can't follow it — There are drug dealers working for the guards on every single pod right now, even PC, I could buy K2 today and send it with this packet if I wanted to give away ten bucks worth of Commissary. This building is being used as a private industry, even the Commissary and the tablet headphones are side accounts passed off to inept associates, but that's a tangent — there's not even a

semblance of an opportunity for rehabilitation here — or even "correction" — neither is served by locking up a drug dealer and then supplying him drugs to sell to the other inmates. — I'm not asking for Mental Health care here — besides having seen them harrassing and teasing mental health patients to the point of torture, I've seen them too many times using mental health "care" as punishment — you don't get help unless you make a scene and the first thing you get for making a scene is beat up, peppersprayed, put in a suicide gown and deprived of what comfort you did have, then, if you're lucky, you can be seen and maybe get treatment, if they like you. Teddy Rogers was told for 2 days he was looking for attention and that he was a compulsive liar before he was taken to the hospital after finally getting them to do a test and see he was seriously in distress — James France had a guard kick a piece of glass under his door in the Suicide Pod and tell him he wasn't really suicidal. My social worker emailed the jail to have me seen, 6 months later I hadn't been seen yet but was already afraid to be seen by mental health here — the defense team said they would have me seen by an outside provider, 8 more months later I've seen no-one. Now I don't have a clue how to proceed.

Thank you for your time,

Allen L. Stilton

_Clarification_
9/6/21

Amrhein - Malicious treatment of Prisoners, Retaliation for grievances

Zelapos - Malicious treatment of Prisoners, Retaliation for grievances

To Lavey - Malicious treatment of Prisoners, Retaliation for grievances, False disciplinary reports

East - Giving out inmates' personal information to podworkers (charges), allowing K2 smuggling, sales, and smoking openly on his pod, instigating threats (cleaning the pod)

Wiseman - Retaliating for grievances, False disciplinary reports

Kozlowski - Refusing Protective Custody, Refusing to make a report against several fellow FK members, facilitating K2 smuggling and sales on level 3

Burns - Malicious treatment of Prisoners, Deliberate indifference (Refusal to call medical while an inmate is dripping blood)

Venchieri - Ignoring/Refusing to act on several grievances forwarded directly by Sgt. Hefflin

Rush - Malicious treatment, False disciplinary reports, deliberately endangering inmates, blatant disregard for facility policy

Toomey + - Delivering K2 to Matt (6F podworker),
J. Brown    notifying Matt + others that they've been "snitched on" and instigating ~~~~ "cleanup" threats against snitches

Holland - Following through with Rush's mistreatment, laughing

Sarver - Facilitating K2 smuggling + sales on Level 6, ignoring valid grievances, reinforcing Rush's threats

Harper - Warden's Office has ignored, refused, forwarded, and replied flippantly to every grievance. Orlando Harper is named as an individual and in his capacity as the administrator responsible for facility policy and staff conduct.

several unidentified "Authors" - Mailroom refusing to deliver mail (incoming), Captain's refusing to provide facility policy without a subpoena, Caseworker delaying responses for weeks, Mail (outgoing) not being delivered - etc.

Additional Relief Sought: Recovery of filing and any other court fees incurred.

Statement of Claim
C+D (Dates + Times + Facts)

1) I was sent to 5C (suicide watch) when I first got here, I refused to eat the entire time I was there. The nurse asked my depression level on a scale of 1- I said 10 every time, but I was still transferred to 5F. I skipped 52 meals before getting the letter from my Mother that cheered me up enough to eat.

2) COs Amrhein and Zelapos on 5F were tormenting an old guy in a wheelchair, old his head far enough to be eating feces; Amrhein chanting like a child on a playground, "John Jay (Joel Hoffman) is going to 3A" over and over, Zelapos encouraging other inmates to scream out their cells and harass the guy - when another inmate (Sean Jan) asked Amrhein directly if they could stop the guy from yelling insults, Amrhein told him, "We're encouraging it"

3) After telling the PD (Elizabeth LaForgia) about all this, she told me John Jay was also her client and she'd take care of it. Almost immediately, they (Zelapos + Amrhein) began harassing me instead. I sent several grievances; about them smashing my belongings, threatening me with charges for grafitti if I filled out a grievance about them, and about them unplugging the tablet assigned to me from the charger overnight - all were ignored.

4) Dec 23rd I was moved from 5F to 3D, having never seen the doctor but being told the doctor had cleared me for transfer, even though the Social Worker had specifically emailed asking to have me seen.

5) Jan 20th CO T. Lowey (a regular 7am to 3pm CO from 5F with little to no business on 3D) relieved Galloway for his lunch, let my group out for rec out of sequence and for only 30 minutes (the previous group was owed 30). I took a shower and went straight back to my cell and shut the door, layed down and began reading on the Tablet. 25 minutes later she called for help and wrote up the entire group for rioting - when they came to my door to take my picture, I showed them I'd been logged in for 25 minutes reading. They still wrote the report. When they brought the write up for me

sign, it wasn't signed yet by Laney's superior. I filed a grievance that day against her ~~for~~ under "Staff Conduct" for writing a false report, demanding the CCTV footage be reviewed, and sent my copy to the ACLU. Galloway later told several podworkers (inmate trustees) that, "She planned to call that code before she ever hit the unit." I was placed on RHU Next-day and refused access to a tablet. I filed a new grievance under "Facility Policy" for being placed on restricted status as a disciplinary action without a hearing, and told Galloway that I'd be refusing trays until I got a hearing. I was removed from RHU hours later and Galloway assured me that, "That ~~report~~ writeup will probably turn up." - It still took until the next day to get my copy of the report, signed by then by Captain Wiseman.

I waited the full amount of time allowed for grievances to be answered, got no response, then started sending request slips to Cpt. Wiseman asking for an answer to the grievances and status of the false report. (A disciplinary report for rioting can seriously effect Classification, Bail, and Parole eligibility. Effectively they're denying me my rights without due process if they put it on my record without a hearing). After I sent the first slip, 3D was put on Lockdown for 6 weeks straight, quarantine, isolation, then quarantine again, 2 weeks each, but with inmates still coming and going the whole time. By shifting inmates from 3A (the most dangerous pod) up to isolation upstairs for being "sick", then back down into quarantine in 3D, and vise-versa, 3A and 3D were flipped over that 6 weeks, making 3D way more dangerous.

At the end of that lockdown, I sent a second slip to Cpt. Wiseman, still asking for the same things. Within 3 days I had a PK member with tattoos all over his face at my door threatening me. I ignored him, but told the pod officer, East, just to make him aware of it.

Around a week later I sent a third slip to Wiseman and within 2 days (on March 11th or 12th) had a group of 4 PK members at my door planning to all come in as soon as one of "their guards" was on shift (PK was founded in this jail and counts several staff members as members)

1) I told the CO on duty, "G", what they were planning and that they needed to move me. G said he'd move me but I'd have to report names or descriptions — I said I would, so he pulled me out, but once we got to the hallway, he and (Lt.) Kozlawski refused to make a report or to take me to Protective Custody, instead moving me to 3L and putting me in a corner cell with a broken toilet and no wifi (where I still am)

o) Shortly after that move, request slips were made available on the tablets and on 4/15 I sent 2 requests to the Sgt's Group asking about repos and separations with the PK members and asking for responses to my grievances from 1/20 and 1/21 and asking for the status of the false disciplinary reports. (No answer)

1) I waited the 15 working days listed on the tablet as the limit for request slip responses, then sent a request to the Captain's group mentioning the 2 requests from 4/15 and asking again for a response.

2) On May 11th that request was answered not by a Captain, but by Sgt. Hefflin, and the Category was changed from "Captains" to "Classification" - Hefflin said my request had been forwarded to Major Vanchieri - I immediately sent a request to "Phone/Tablet requests" asking why the Category was changed and stated that I was preparing a Prisoner's Complaint for Violation of Civil Rights and needed printed copies of all of my digital requests, because the Category change was (or could be) a deliberate attempt to muddy the "Paper trail" —, inhibiting my ability to prove I've "Exhausted administrative options" for resolving the grievance before filing a complaint.

) Signing into the tablet the morning of May 20th, All of my request slips were inaccessible, and I had to use other means to gain access and find that of my 2 requests from 4/15, Lanchieri (or someone) responded to the one about the PK threats and separations, but did nothing about it, only replying, "You've since been moved" - The request about the January grievances and false report was updated as read, but unanswered.

| Pertinent Requestlink requests | | (Sent to:) |
|---|---|---|
| 21-000000780 | 4/14 | Warden |
| 21-000000836 | 4/15 | Sgt. |
| 21-000000843 | 4/15 | Sgt. |
| 21-000005632 | 5/6 | Cpt. |
| 21-000008531 | 5/14 | Phone/Tablet |
| 21-000011818 | 5/24 | Caseworker |
| 21-000010265 | 5/20 | Phone/Tablet |
| 21-000011519 | 5/23 | Records |
| 21-000012121 | 5/25 | Phone/Tablet |

Transcriptions of these requests aren't needed for the Warden's office or Jail Board, who should both have access, but will be sent to NPR and the Program Review Committee — I expect printed copies of All my digital requests to be attached to the final complaint before filing.

Statement of Claim
C+D   (Dates+Times+Facts) Addendum
8/13/21

Since writing the bulk of this complaint I've been moved up to 6F (Protective Custody) after being pointed out to the Podworkers on 3C by C.O. East as a snitch who told on Podworkers in 3D for selling "K2", which is NOT synthetic marijuana, but a generic term for any and all drugs smuggled in on paper - ranging from weak nicotine vape juice to suboxine (sp?) or Fentanyl, depending on the resources of the guard bringing it in, 90% of the time the inmates themselves have no clue what they're buying. Like I said in the complaint, this is a junkie culture perpetuated entirely by the guards, even the Hope Program pod was inundated with drugs. After coming up to 6F I had reduced access to the tablets and got almost no response from the pod's caseworker (Paperwork I asked for in June was delivered July 23rd), and I was soon moved again into the AC (Admin. Segregation) Bubble as punishment for another complaint about reduced access and malicious treatment from the guards - I was written up falsly, again, by CO Rush just to justify the move - he had me put next to an inmate in permanent Ad.Seg. because he has attempted to rape other inmates in the past. Rush made sure to label me a snitch in that group as well, and several times popped both of our doors at the same time. At the hearing, Rush's writeup was dismissed, then I was moved back onto the PC tier, but into a corner cell with no wifi access - so again

as reduced access + rights as unofficial punishment. While in the AC Bubble and since I have been back on the tier, I have several times reported multiple guards (Toomey + J. Brown) for passing drugs to the podworkers, including exact times to watch the cameras when Toomey was pulling the Podworker dealer, Matt, into restricted areas to pass him the drugs; also which phone accounts to listen to for calls directing payments AND the podworker's outside cashapps being used to take payment and forward it to the guards - One report, sent to the Warden's office was forwarded Down to the Sgt's group, after which I received a visit from Sgt. Sarver, "What's your problem? What's with all these grievances? I'm the one who reads them. Lay it down." - All of the reports were also sent to Internal Affairs, but not one shakedown yet, not one podworker replaced, and the drugs are still coming in, still being bought by the same group of guys, and even when someone gets nailed for smoking because a nurse caught them or they were seen on camera with a burning wick, the writeup magically gets dismissed or changed to something besides drugs. - My mail has been blocked for months; barely anything gets in and nothing is getting out to my Harry, Juliette Rihl (a reporter), the ACLU, the PA Prison Society, or the Jail Board - So I'm going to bring this packet to court 8/17 when I am scheduled next.

## VI Relief Sought

Assurance, on the record, that T. Laney's false report from 1/20 will not effect me in any way

) Written policy protecting inmates' right to a copy of their personal mail

Mandated photocopying of All incoming legal mail (~~because this is currently the main way drugs are entering the pods~~)

Publicly published facility policy, including disciplinary policy regarding Staff

Mandated preservation (180 days at least) of CCTV evidence whenever staff conduct is the subject of a grievance

Full outside review of all tablet policy, or lack of, regarding the confinement of Rights such as personal mail, religions or legal study or communication, leisure reading (by eliminating incoming subscriptions or publications) or any other, to the Tablet - in relation to the repeated (and excessive) threats to deny access as a disciplinary act. (Currently EVERY infraction of any rule earns a threat to "take away your tablet")

) Review of Grievance Policies and adjustment for Timely resolution. (The current 140 days is too long)

) Serious investigation of drug traffic involving ranked Staff

I have a right to get a letter from my sister - I have a right to sit on my bunk and read a book or the News or a Bible - I have a right to file a grievance and get complaints addressed without fear of retaliation, direct or indirect - I have a right to a copy of the rules I am expected to live by, and a right to see my jailers comply with those same rules - And I have a right to timely ~~███████~~ remedies when these rights are violated, without excessive argument or deliberate delay.